## JOHNSON et al. v. GOODYEAR MIN. CO.

### Sac. No. 668; May 20, 1899.

#### 57 Pac. 383.

**Appeal—Failure to File Transcript.**—An appeal will be dismissed for failure to file the transcript within the time limited by the rules of court.

APPEAL from Superior Court, Sierra County.

Action by one Johnson and others against the Goodyear Mining Company. There was a judgment for plaintiffs and defendant appeals. Dismissed.

Frank R. Wehe for appellant; Frank D. Soward for respondents.

PER CURIAM.—Judgment in the above-entitled cause was entered in the superior court July 20, 1898, in favor of the plaintiffs and against the defendant. The appeal herein from said judgment was taken and perfected August 17, 1898. No transcript upon said appeal has been filed in this court, and the clerk of the superior court has certified that the appellant has not requested him to certify to any copy of the record in the case. The respondents now move to dismiss the appeal, under the provisions of rule 2 of this court, for failure to file the transcript within the time therein limited.

The motion is granted and the appeal dismissed.